UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

HAL VON LUEBBERT,

Plaintiff,

v.

CITY OF LUBBOCK, et al.,

Defendants.

No. 5:26-CV-054-H

**ORDER**

On August 31, 2026, the United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that this case be dismissed without prejudice for failure to prosecute and for failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b). Dkt. No. 36. Magistrate Judge Burch also recommended that the Court deny Von Luebbert's Motion for Reconsideration (Dkt. No. 35). Dkt. No. 36 at 3–6. That filing is entitled "Plaintiff's Renewed Motion for Leave to Proceed in Forma Pauperis – *I.E., WHEN HELL FREEZES OVER*," and it consists of various meritless objections to the denial of Von Luebbert's application to proceed in forma pauperis. *See* Dkt. No. 35. No objections to the FCR were filed.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendations only for plain error. *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). The District Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR. Von Luebbert's Motion for Reconsideration is denied, and his claims against the defendants are dismissed without prejudice.

So ordered on September 18, 2026.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE